**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 563 MAL 2022

                 Respondent   :

  :   Petition for Allowance of Appeal
  :   from the Order of the Superior Court

            v.   :

KASHIF M. ROBERTSON,   :

                 Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 9th day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.